IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PETER R. BENSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 08-cv-4512 |
| | : | |
| BUDGET RENT A CAR SYSTEM INC., et al., | : | |
| Defendants. | : | |

===============================================================

| ANNE HUMPHREYS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 10-cv-1302 |
| | : | |
| BUDGET RENT A CAR SYSTEM INC., et al., | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this 24th day of January, 2018, upon review of the Plaintiff, Peter R. Benson's motion to life the discovery stay and permit class discovery (08-cv-4512 Docket No. 110) and defendant's opposition (Doc. No. 115), it is **HEREBY ORDERED** as follows:

1. Plaintiff's motion for class discovery is DENIED; and

2. Plaintiff's motion to lift the stay is GRANTED.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.